

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE ELIAS J. CERVANTES-ESPINOZA, | § | No. 08-14-00062-CV |
|  | § | ORIGINAL PROCEEDING |
|  |  | ON PETITION FOR WRIT OF |
| RELATOR. | § | MANDAMUS |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relator's motion to dismiss the petition for writ of mandamus against the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso County, Texas, and concludes Relator's motion to dismiss the petition for writ of mandamus should be granted. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.